UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

BENJAMIN BEASELY, and HOLLY
BEASELY,

    Plaintiffs,

vs.

CASE NO.: 05-14371CIV-MARRA

ESTES EXPRESS LINES,

    Defendant.

_____/

### DEFENDANT ESTES EXPRESS LINES' NOTICE OF REMOVAL

Notice is hereby given that, pursuant to 28 U.S.C. §1446(a), Defendant ESTES EXPRESS LINES ("ESTES") hereby removes the above-referenced action from the Circuit Court of the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida, to the United States District Court, Southern District of Florida, Ft. Pierce Division. ESTES alleges that it is entitled to such removal pursuant to 28 U.S.C. §1441(a) based on the following facts:

1.    Defendant gives notice of the exercise of its rights under the provisions of 28 U.S.C. §1446, serves it Notice of Removal of the above-styled and numbered action from the Circuit Court of the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida.

2.    Defendant is not in default and this Notice of Removal has been filed within thirty (30) days of receipt of corroboration that a figure in excess of $75,000 is in controversy in this case. (See Defendant's Amended Request for Admissions (10/31/05); Plaintiffs' Response to Request for Admissions (11/14/05) attached hereto as Exhibits "A" and "B".

3.    The claims asserted by the Plaintiffs in the Complaint are claims over which the Federal Court has original jurisdiction under 28 U.S.C. §1332 and may be removed to the Federal Court by Defendant.

4. Defendant, ESTES EXPRESS LINES' state of incorporation is Virginia and its principal place of business is Richmond, Virginia. Pursuant to 28 U.S.C. §1332(c)(1), a corporation shall be deemed to be a citizen of any state by which it has been incorporated and of the state where it has its principal place of business.

5. Plaintiffs, BENJAMIN BEASELY and HOLLY BEASELY, are residents of the State of Florida (Plaintiff's Complaint, ¶2).

6. The claims are causes of action against Defendant that would be removable under the terms of 28 U.S.C. §1441(a), and the Federal Court would have original jurisdiction of such claims or causes of action of 28 U.S.C. §1332.

7. Complete diversity of citizenship exists among the parties.

8. The amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00), exclusive of costs and interests.

9. Copies of all process, pleadings and Orders served upon Defendant has been filed herewith.

WHEREFORE, Defendant ESTES EXPRESS LINES respectfully prays that this action be removed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by U.S. Mail to Lauri J. Goldstein, Esq., A Law Office of Lauri J. Goldstein, P.O. Box 1965, Palm City, FL 34991, Attorney for Plaintiffs, on December _/2_, 2005.

_____
James G. Biggart, II
Florida Bar No: 0037310
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 11240
Tallahassee, FL  32302
(850) 681-0411
Fax No: (850) 681-6036
Attorneys for Defendant

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

BENJAMIN BEASELY, and HOLLY
BEASELY,

        Plaintiffs,

CASE NO.: 56 2005 CA 001325 AXXXHC

vs.

ESTES EXPRESS LINES (CORPORATION),

        Defendant.
_____/

## AMENDED REQUEST FOR ADMISSIONS

COMES NOW Defendant, ESTES EXPRESS LINES, by and through its undersigned attorney, pursuant to Rule 1.370, Florida Rules of Civil Procedure, and hereby requests Plaintiffs to admit in this action, that each of the following statements are true:

1. Admit that you are not seeking damages in excess of Seventy-five Thousand Dollars ($75,000) in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by Facsimile and U.S. Mail to Lauri J. Goldstein, Esq., A Law Office of Lauri J. Goldstein, P.O. Box 1965, Palm City, FL 34991, Attorney for Plaintiffs, on October 31, 2005.

_____
James G. Biggart, II
Florida Bar No: 0037310
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 11240
Tallahassee, FL 32302
(850) 681-0411
Fax No: (850) 681-6036
Attorneys for Defendant

EXHIBIT A

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL DISTRICT IN AND
FOR ST. LUCIE COUNTY, FLORIDA

CASE NO:

BENJAMIN BEASELY, and
HOLLY BEASELY,

    Plaintiffs,

vs.

ESTES EXPRESS LINES (CORPORATION),

    Defendant.
_____/



RECEIVED NOV 17 2005 FOWLER WHITE BOGGS BANKER P.A.

## PLAINTIFFS' RESPONSE TO DEFENDANT'S
## AMENDED REQUEST FOR ADMISSIONS

COME NOW the Plaintiffs, BENJAMIN BEASELY and HOLLY BEASELY, by and through their undersigned counsel and hereby files this their response to the Defendant's Amended Request for Admissions dated October 31, 2005, as follows:

1.    Denied.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was forwarded to: James G. Biggart, III, Esquire, *Attorney for Defendant*, FOWLER WHITE BOGGS BANKER, 101 North Monroe Street, Suite 1090, Tallahassee, Florida 32302, this ____ day of November, 2005.

                                                       STEVEN J. CLARFIELD, ESQUIRE
                                                       Florida Bar No.: 0892610
                                                       A Law Office of Lauri J. Goldstein, P.A.
                                                       P.O. Box 1965
                                                       Palm City, Florida 34991
                                                       Telephone: (772) 286-8605
                                                       Facsimile:  (772) 286-9893
                                                       *Attorney for Plaintiffs*



EXHIBIT B

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Benjamin Beasely and Holly Beasely

(b) County of Residence of First Listed Plaintiff: St. Lucie
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lauri J. Goldstein, Esq.
A Law Office of Lauri J. Goldstein
P.O. Box 1965
Palm City, FL 34990    772-286-8605

## DEFENDANTS
Estes Express Lines

**05-14371 CIV-MARRA**
MAGISTRATE LYNCH JUDGE

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)
James G. Biggart, II, Esq.
Fowler White Boggs Banker, PA
101 N. Monroe St., Ste. 1090    850-681-0411
Tallahassee, FL 32301

(d) Check County Where Action Arose: ☐ DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☒ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 12/6/05
SIGNATURE OF ATTORNEY OF RECORD: James G. Biggart

**FOR OFFICE USE ONLY**
RECEIPT # 222092  AMOUNT $250.00   2005 CV 14371 - Marra/Lynch