UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-14371CIV-MARRA/LYNCH

BENJAMIN BEASLEY, and
HOLLY BEASELY,

      Plaintiffs,

vs.

ESTES EXPRESS LINES (CORPORATION),

      Defendant.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO FOLLOW
COURT'S ORDERS**

This cause is before the court *sua sponte.*

On January 31, 2007, the Court granted Plaintiffs' Motion to Amend the Complaint

(DE25) to add In Touch Logistic Services, Inc. ("ITLS") as a Defendant.  The Court ordered

Plaintiffs to effect service upon ITLS "without delay."  On May 15, 2006, the Court issued an

Order to show cause (DE 39)why Plaintiffs' claim against ITLS should not be dismissed for

failure to follow this Court's orders. A review of the record reveals over three months have

passed and ITLS has still not been served.  Accordingly, it is **ORDERED AND ADJUDGED**

that:

      1.      Plaintiffs Amended Complaint (DE 38) is **DISMISSED WITHOUT**

                **PREJUDICE.**

      2.      All pending motions are **DENIED** as **MOOT**.

      3.      The Clerk shall **CLOSE** this case.

      **DONE AND SIGNED** in Chambers at West Palm Beach, Palm Beach County, Florida,

this 20th day of August, 2007.

                              _____
                              KENNETH A.  MARRA
                              United States District Judge

Copies furnished to:
All Counsel of Record